IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| VIRGIL D. MOORE | : |
| Plaintiff/Counterclaim Defendant, | : |
| v. | : Case No. 4:07-cv-00180 |
| UNITED STATES OF AMERICA | : |
| Defendant/Counterclaimant, | : APPEARANCE |
| v. | : |
| JOHN D. HARRIS, | : |
| Counterclaim Defendant, | : |

Comes Now, Jerrold Wanek of the law firm of Garten & Wanek and enters an Appearance as an Additional attorney on behalf of the Plaintiff Virgil Moore.

GARTEN & WANEK

BY    /s/ Jerrold Wanek
Jerrold Wanek AT0008176
505 – 5th Avenue, Suite 835
Des Moines, Iowa 50309-2317
Telephone: (515) 243-1249
Facsimile: (515) 244-4471

## Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon the following parties and attorneys at the addresses shown below, and disclosed by the pleadings of record herein, by electronic mail and/or enclosing same in an envelope addressed to each such person, with postage fully paid, and by depositing said envelope in the United States Post Office depository in Des Moines, Iowa, on the 20th day of May 2008.

                                                      /s/ Jerrold Wanek
                                            Jerrold Wanek AT0008176

Grayson A. Hoffman
Trial Attorney
Tax Division
PO Box 7238
Ben Franklin Station
Washington, DC  20044

Jim Monroe
Attorney At Law
2115 Forest Avenue
PO Box 41355
Des Moines, Iowa 50311